**Nelnet**

3015 South Parker Road
Suite 400
Aurora, CO 80014-2904
888.486.4722

July 27, 2015

UNITED STATES BANKRUPTCY COURT
Central District of California

IN THE MATTER OF:
Pradeep Singh
CASE No. 6:14-bk-19919-SC
Claim No. 14

Withdrawal of Claim number 14 filed by
Nelnet on behalf of the U.S. Department of Education

To Whom It May Concern:

Creditor Nelnet on behalf of the U.S. Department of Education hereby withdraws Claim
No. 14, filed July 27, 2015, in the amount of $81,859.56.  This claim was previously
filed.

Respectfully Submitted,

/s/___Kelsey Haun_____

US Department of Education c/o Nelnet
3015 South Parker Road, Suite 400
Aurora, CO. 80014
402.325.7275